FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CASE NO.: 8'10-Cv02937-33 T6W

10 DEC 30 AM11:
MIDD

The Estate of JUANITA AMELIA JACKSON,
by and through CATHY JACKSON-PLATTS
f/k/a CATHERINE WHATLEY,
Personal Representative,

       Plaintiff,

vs.

TRANS HEALTH MANAGEMENT, INC.;
TRANS HEALTHCARE, INC.
RUBIN SCHRON and
GENERAL ELECTRIC CAPITAL CORPORATION,

       Defendants.

_____/

### NOTICE OF REMOVAL

Impled Defendant General Electric Capital Corporation ("GECC"), pursuant to the applicable provisions of 28 U.S.C. §§ 1441 and 1446, files this Notice of Removal of the above-captioned matter from the Tenth Judicial Circuit in and for Polk County, Florida, in which it is now pending, to the United States District Court, Middle District of Florida, and states:

### The Notice of Removal is Timely

1.     On December 10, 2010, Plaintiff filed its Motion to Implead New Defendant General Electric Capital Corporation as an Additional Defendant in Proceedings Supplemental to Execution and for an Order to Show Cause as to Why General Electric Capital Corporation Should Not be Liable for the Final Judgment ("Motion to Implead"). *See* Motion to Implead, Exhibit 1.

WDC - 088650/000109 - 3188371 v1

TPA278/350
$350

2.      On December 22, 2010, GECC was served with the Circuit Court Order Granting Plaintiff's Motion to Implead ("Order"). *See* Order, attached as Exhibit 2.

3.      This Notice of Removal is therefore timely pursuant to 28 U.S.C.§ 1446(b) as it is being filed within thirty days of receipt by GECC of the Motion to Implead and the Order.

### This Court Has Diversity of Citizenship Jurisdiction

4.      Pursuant to 28 U.S.C. § 1332(a), United States District Courts have jurisdiction over all civil actions where the matter in controversy exceeds $75,000, exclusive of interest and costs, and is between citizens of different states.

5.      The original complaint in the underlying case was filed on July 30, 2004. <u>See</u> Complaint, attached as Exhibit 3. The last amendment to that Complaint was filed on July 31, 2009. <u>See</u> Fifth Amended Complaint, attached as Exhibit 4.

6.      At the time of her death in 2003, Juanita Amelia Jackson was a citizen of Florida residing in Polk County, Florida. The Plaintiff/Judgment Creditor, Juanita Jackson's personal representative, therefore is also a citizen of Florida pursuant to 28 U.S.C. § 1332(c)(2).

7.      GECC is a Delaware corporation with its principal place of business in Norwalk, Connecticut.

8.      On information and belief, Trans Health Management, Inc. is a Delaware corporation with its principal place of business in Maryland.

9.      On information and belief, Trans Healthcare, Inc. is a Delaware corporation with its principal place of business in Maryland.

10.     On information and belief, impled Defendant Rubin Schron is an individual residing in New York.

11.     All other original defendants in the state court litigation have been voluntarily dismissed. See Dismissal Orders attached as Exhibits 5-6

12.     Accordingly, complete diversity of citizenship exists with respect to the entire case and with respect to the impleader proceeding instituted against GECC. See 28 U.S.C. §§ 1332(a) and (c)(1).

13.     It is facially apparent from Plaintiff's Motion to Implead GECC that Plaintiff's claims exceed the jurisdictional threshold amount.   Among other things, Plaintiff seeks a final judgment against GECC in the amount of $110,000,000.00. See Motion to Implead, Section V, "The Relief Sought by the Estate of Jackson," at ¶ 7.

14.     In accordance with 28 U.S.C. § 1446(a), copies of all process, pleadings, orders and other papers or exhibits of every kind, including depositions, on file with the state court that have been served on GECC are attached to this Notice of Removal as Exhibits 1-7.   In accordance with Local Rule 4.02(b), GECC will be filing a copy of the entire docket from the litigation in support of the Notice of Removal once it is available.

15.     A copy of this Notice of Removal is being served on all current parties and forwarded for filing with the Clerk of the Circuit Court of the Tenth Judicial Circuit in and for Polk County, Florida, in accordance with 28 U.S.C. § 1446(d).

WHEREFORE, Defendant GECC, pursuant to 28 U.S.C. § 1441 et seq., including all the jurisdictional requirements established by 28 U.S.C. § 1332, and in conformance with the requirements set forth in 28 U.S.C. § 1446, gives notice that it removes the captioned case to the United States District Court for the Middle District of Florida on this 30th day of December, 2010.

Respectfully Submitted,

Hogan Lovells US LLP
Sabadell Financial Center
1111 Brickell Ave., Suite 1900
Miami, FL  33131
Telephone:  (305) 459-6500
Facsimile:  (305) 459-6550

By: _Carol A Licke_____

    Carol A. Licko
    Fla. Bar No.:  0435872
    E-mail:  carol.licko@hoganlovells.com

*Attorneys for Defendant General Electric Capital Corporation*

## CERTIFICATE OF SERVICE

I hereby certify that on December 30, 2010, I caused the foregoing document to be served by first-class mail on the following individuals:

Blair N. Mendes
James R. Freeman
Wilkes & McHugh, P.A.
One North Dale Mabry, Suite 800
Tampa, FL  33609

*Attorneys for Plaintiff/Judgment Creditor Estate of Juanita Jackson*

Kristi Anderson
Fundamental Administrative Services, LLC
920 Ridgebrook Road
Sparks, MD  21152

*Registered Agent for Trans Health Management and Trans Healthcare, Inc.*

Andrew J. Levander
Kevin J. O'Brien
Steven A Engel
Robert W. Topp
Dechert LLP
1095 Avenue of the Americas
New York, NY  10036

*Attorneys for Impled Defendant Rubin Schron*

By: _Carol A Licko_
Carol A. Licko