IN THE CIRCUIT COURT OF THE TENTH JUDICIAL CIRCUIT
IN AND FOR POLK COUNTY, STATE OF FLORIDA
CIVIL DIVISION

The Estate of JUANITA AMELIA JACKSON,
by and through CATHY JACKSON-PLATTS
f/k/a CATHERINE WHATLEY,
Personal Representative,

Plaintiff,

vs.

CASE NO.: 2004-CA-3229
DIVISION: 07

TRANS HEALTH MANAGEMENT, INC.;
TRANS HEALTHCARE, INC.;

Defendants.
_______________________________________/

**ORDER GRANTING PLAINTIFF'S MOTION TO IMPLEAD GENERAL ELECTRIC CAPITAL CORPORATION AS AN ADDITIONAL DEFENDANT IN PROCEEDINGS SUPPLEMENTAL AND DIRECTING GENERAL ELECTRIC CAPITAL CORPORATION TO SHOW CAUSE AS TO WHY HE SHOULD NOT BE HELD LIABLE FOR PAYMENT OF THE FINAL JUDGMENT**

THIS CAUSE came before the Court upon Plaintiff/Judgment Creditor, The Estate of Jackson's, Motion to Implead General Electric Capital Corporation as an Additional Defendant in Proceedings Supplemental and For an Order to Show Cause as to Why General Electric Capital Corporation should not be liable for payment of the Final Judgment in this Case. This Court has considered the Estate of Jackson's Motion, Exhibits, and Affidavits, and otherwise being fully advised in the premises, hereby finds that the Estate of Jackson has met the jurisdictional requirements for proceedings supplemental and has made a prima facie showing sufficient to warrant the impleader of General Electric Capital Corporation as an additional Defendant in this action.

IT IS HEREBY ORDERED AND ADJUDGED:

1. General Electric Capital Corporation is hereby impled as an additional Defendant in this case for the purpose of supplementary post-judgment proceedings in aid of execution.

2. General Electric Capital Corporation is hereby ordered to show cause in writing within 20 days of the service of this Order, why the assets in its possession or control, allegedly transferred to it by Defendants Trans Healthcare, Inc. and Trans Health Management, Inc. should not be declared fraudulently acquired, the transfers voided, and the assets or their proceeds and profits levied upon to satisfy the Estate of Jackson's Final Judgment.

3. In the event the impled Defendant General Electric Capital Corporation responds to this Order, it shall thereafter be required to appear before this Court, in Bartow, Polk County, Florida, on the 21 day of March, 2011, at 1:00 o'clock P.m., EST for an evidentiary hearing on the issue of fraudulent transfers of assets for supplementary, post-judgment proceedings.

4. The Estate of Jackson shall serve conformed copies of this Order on the impled General Electric Capital Corporation and shall file a notice of service setting forth the date of service on General Electric Capital Corporation.

DONE and ORDERED in Chambers at Bartow, Polk County, Florida, on this 14 day of December, 2010.

/s/ J. Michael McCarthy

Circuit Court Judge

Copies furnished to:
Blair Mendes, Esq.
James R. Freeman, Esq.
Kristi Anderson, Esq.
Carol Licko, Esq.