UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CATHY JACKSON-PLATTS,

    Plaintiff,

v.                                    CASE NO:  8:10-cv-2937-T-33TGW

TRANS HEALTH MANAGEMENT,
INC., et al.,

    Defendants.
_____/

**ORDER**

This cause comes before the Court pursuant to Plaintiff's Motion to Remand to State Court (Doc. # 11).  On April 29, 2011, the Honorable Thomas G. Wilson, United States Magistrate Judge, issued a Report and Recommendation (Doc. # 61), recommending that the motion be denied.  On May 6, 2011, Plaintiff filed her Objections to the Report and Recommendation (Doc. # 65).  On May 19, 2011, Defendant General Electric Capital Corporation filed an Opposition to Plaintiff's Objections (Doc. # 67).

After conducting a careful and complete review of the findings and recommendations, a district judge may accept, reject or modify the magistrate judge's report and recommendation.  28 U.S.C. § 636(b)(1); Williams v. Wainwright, 681 F.2d 732, 732 (11th Cir. 1982), cert. denied, 459 U.S. 1112 (1983).  In the absence of specific objections,

there is no requirement that a district judge review factual findings de novo, Garvey v. Vaughn, 993 F.2d 776, 779 n. 9 (11th Cir. 1993), and the court may accept, reject or modify, in whole or in part, the findings and recommendations.  28 U.S.C. § 636(b)(1)(C).  The district judge reviews legal conclusions de novo, even in the absence of an objection. See Cooper-Houston v. S. Ry. Co., 37 F.3d 603, 604 (11th Cir. 1994); Castro Bobadilla v. Reno, 826 F. Supp. 1428, 1431-32 (S.D. Fla. 1993), aff'd, 28 F.3d 116 (11th Cir. 1994).

Upon consideration of the Report and Recommendation of the Magistrate Judge, all objections thereto and responses to objections timely filed by the parties and upon this Court's independent examination of the file, it is determined that the Magistrate Judge's Report and Recommendation should be adopted and all objections overruled.

Accordingly, it is **ORDERED, ADJUDGED,** and **DECREED:**

(1) Judge Wilson's Report and Recommendation (Doc. # 61) is **ADOPTED, CONFIRMED,** and **APPROVED** in all respects and is made a part of this Order for all purposes, including appellate review.  Plaintiff's objections are overruled.

(2) Plaintiff's Motion to Remand to State Court (Doc. # 11) is **DENIED.**

**DONE** and **ORDERED** in Chambers in Tampa, Florida, this 23rd

day of May, 2011.

_____
VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Copies to All Parties and Counsel of Record